

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

May 21, 2025

**By ECF**

Hon. Ronnie Abrams
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re*:*   *SEC v. Alberto Saniger Mantinan*, 25-cv-02937 (RA)

Dear Judge Abrams:

    Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter to request that the Court adjourn the May 30, 2025 deadline for a joint letter apprising the Court of the nature of the action, and defenses thereto, as well as the Status Conference scheduled for June 6, 2025. (Dkt. No. 6.) Defendant Alberto Saniger Mantinan ("Saniger") currently resides in Spain, and has not yet been served with the Complaint and Summons in this matter or agreed to waive service.

    As background, this matter was filed on April 9, 2025. (Docket No. 1.) On the same day, the United States Attorney's Office for the Southern District of New York unsealed an indictment against Saniger in a parallel criminal case captioned *United States v. Albert Saniger*, 25-cr-00157 (S.D.N.Y.) (JHR).

    The Commission is presently working with a Spanish law firm to effectuate service on Saniger pursuant to Rule 4(f) of the Federal Rules of Civil Procedure ("FRCP"). Because Saniger is in Spain, FRCP 4(m)'s 90-day limit for service of process does not apply. The Commission therefore respectfully proposes that it submit a status report by July 8, 2025 if it has not filed proof of service as to Saniger prior to that date.

    Respectfully submitted,

    /s/
Christopher J. Dunnigan
Senior Trial Counsel

Application granted. The conference previously scheduled for June 6, 2025 is hereby adjourned *sine die*.

SO ORDERED.

Hon. Ronnie Abrams
May 22, 2025