UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                         Plaintiff,<br><br>             v.<br><br>ALBERTO SANIGER MANTINAN, a/k/a ALBERT SANIGER,<br><br>                         Defendant. | No.  25-CV-2937 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On May 22, 2025, the Court granted Plaintiff's application to adjourn the initial conference in this action in light of anticipated challenges in effectuating service on Defendant.  Plaintiff advised the Court that it would submit a status update by July 8, 2025 if it had not filed proof of service prior to that date.  To date, neither proof of service nor a status update has been filed.  Accordingly, Plaintiff shall submit a status update no later than July 31, 2025.

SO ORDERED.

Dated:    July 24, 2025
              New York, New York

                                                                                  _____
                                                                                  Ronnie Abrams
                                                                                  United States District Judge