

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

Application granted.

SO ORDERED.

July 31, 2025

_____
Hon. Ronnie Abrams
August 1, 2025

**By ECF**
Hon. Ronnie Abrams
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re*:*    *SEC v. Alberto Saniger Mantinan*, 25-cv-02937 (RA)

Dear Judge Abrams:

      Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this status letter pursuant to the Court's July 24, 2025 Order. (Dkt. No. 11.)[1]

      As background, on April 10, 2025, Defendant Alberto Saniger Mantinan ("Saniger") was indicted in a parallel criminal case, *United States v. Saniger*, 25-cr-00157 (S.D.N.Y.). However, Saniger currently resides in Spain and has not appeared in the United States in connection with the criminal proceeding.

      In this civil action, the Commission is attempting to effectuate service pursuant to the Hague Convention for Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters. In that connection, on July 21, 2025, the Commission obtained certified translations of the Summons and Complaint and other initiating documents which will be submitted to Spain's Ministry of Justice. Additionally, on July 14, 2025, the Summons and Complaint were delivered to Saniger's residence in Spain by a notary, consistent with a customary practice in Spanish legal proceedings. However, the Commission is not presently asserting that such delivery is sufficient for purposes of service under the Federal Rules of Civil Procedure.

      Because Saniger is in Spain, FRCP 4(m)'s 90-day limit for service of process does not apply. The Commission respectfully proposes that it submit a status update by October 31, 2025, if it has not filed proof of service pursuant to the Hague Convention by that point.

      Respectfully submitted,

      _____/s/_____
      Christopher J. Dunnigan
      Senior Trial Counsel

---

[1] The Commission regrets its failure to provide a status letter by July 8, 2025, as it represented it would do in its May 21, 2025 letter. (Dkt. No. 10.) This failure was inadvertent, and the Commission will make every effort not to repeat it.