

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**NEW YORK**
**REGIONAL OFFICE**

April 16, 2026

**By ECF**

Hon. Ronnie Abrams
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *SEC v. Alberto Saniger Mantinan*, 25-cv-02937 (RA)

Dear Judge Abrams:

    Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this status letter pursuant to the Court's March 2, 2026 Order. (Dkt. No. 19.)

    The Commission filed the Complaint in this matter on April 9, 2025. The Commission is attempting to effectuate service of process on defendant Alberto Saniger Mantinan ("Saniger") pursuant to the Hague Convention for Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters ("Hague Convention"). On August 27, 2025, the Commission formally submitted a request for service of process under the Hague Convention to Spain's Ministry of Justice. On September 15, 2025, the Ministry of Justice acknowledged the Commission's submission. To date, the Commission has not received further information from Spain's Ministry of Justice.

    Saniger has also been indicted in the parallel matter *United States v. Saniger*, 25-cr-00157 (S.D.N.Y.) (JHR). Pursuant to Saniger's conditions of pretrial release in the criminal matter, he is permitted to reside in Spain. (Crim. Dkt. No. 6.) The Commission understands that Saniger's criminal defense counsel has not been authorized to waive service of the Summons and Complaint in this action.

    Because Saniger is in Spain, FRCP 4(m)'s 90-day limit for service of process does not apply. The Commission respectfully requests that the Court order the Commission to provide a further status update in 45 days, on Thursday, May 28, 2026.

        Respectfully submitted,

        /s/ Christopher J. Dunnigan
        Christopher J. Dunnigan
        Senior Trial Counsel